**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN 281668)
  esantacana@willkie.com
TIFFANY LIN (SBN 321472)
  tlin@willkie.com
One Front Street, 34th Floor
San Francisco, California 94111
Telephone:  (415) 858-7400
Facsimile:  (415) 858-7599

Attorneys for Defendant
**GOOGLE LLC**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:23-cv-02343-VC<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>District Judge Vince Chhabria.<br>San Francisco Courthouse, Ctrm. 4 |

Pursuant to the Local Rule 6-2(a), Plaintiff Jane Doe and Defendant Google LLC ("Google," and collectively, "the Parties"), by and through their respective counsel, hereby stipulate and agree to the following:

WHEREAS, Plaintiff filed the Complaint on May 12, 2023 (ECF No. 1) and served Google on May 17, 2023 (ECF No. 21);

WHEREAS, the Parties, by and through their respective counsel of record, have agreed that Google may extend the deadline for answering or responding to the Complaint to July 7, 2023 (ECF No. 28);

WHEREAS, Plaintiff filed a motion for preliminary injunction on May 25, 2023 (ECF No. 22);

WHEREAS, pursuant to Local Rule 7-3, Google's opposition to the motion for preliminary injunction is currently set for June 8, 2023 and Plaintiff's reply is currently set for June 15, 2023;

WHEREAS, a hearing date on Plaintiff's motion for preliminary injunction has been set for July 20, 2023 (ECF No. 22);

WHEREAS, counsel for Google is unavailable on July 20, 2023 due to a pre-scheduled hearing in another matter;

WHEREAS, Google filed a stipulation and proposed order setting the briefing schedule for preliminary injunction motion on May 31, 2023 (ECF No. 29).

WHEREAS, this case has been reassigned to the Honorable Vince Chhabria in the San Francisco division for all further proceedings (ECF No. 31);

WHEREAS, pursuant to the order reassigning the case, all hearing dates presently scheduled have been vacated but existing briefing schedules for motions remain unchanged (*Id*.);

WHEREAS, given the Memorial Day holiday and deadlines in other cases, the Parties have met and conferred and agreed upon an extended briefing schedule and a revised hearing date based upon the availability of both Parties;

WHEREAS, the Parties, by and through their respective counsel of record, request that the briefing schedule be amended as follows:

1. Google will file its opposition brief by June 22, 2023; and
2. Plaintiff will file her reply brief by July 13, 2023.

WHEREAS, the Parties would jointly request a hearing date on such a motion on July 27 2023, or as soon thereafter as is convenient for the Court; and

WHEREAS, the requested extension will not alter the date of any other event or any other deadline already fixed by Court order;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties to this action, the briefing schedule on the motion for preliminary injunction will be as follows, subject to the Court's approval:

| Event | Deadline |
|---|---|
| Google's Opposition Brief | June 22, 2023 |
| Plaintiff's Reply Brief | July 13, 2023 |
| Hearing on Plaintiff's Motion for Preliminary Injunction | July 27, 2023 at 10:00 a.m. |

Dated: June 5, 2023

**WILLKIE FARR & GALLAGHER LLP**

By: /s/ Benedict Y. Hur
    Benedict Y. Hur
    Simona Agnolucci
    Eduardo E. Santacana
    Tiffany Lin
    Attorneys for Defendant
    GOOGLE LLC

| | |
|---|---|
| Dated:  June 5, 2023 | **LOWEY DANNENBERG, P.C.** |
| | By:  */s/ Christian Levis*<br>       Christian Levis<br>       Amanda G. Fiorilla<br>       Attorneys for Plaintiff<br>       JANE DOE |
| Dated:  June 5, 2023 | **SCOTT & SCOTT, LLP** |
| | By:  */s/ Hal D. Cunningham*<br>       Hal D. Cunningham<br>       Attorneys for Plaintiff<br>       JANE DOE |

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

| | |
|---|---|
| Dated:  June 5, 2023 | **WILLKIE FARR & GALLAGHER LLP** |
| | By:  */s/ Benedict Y. Hur*<br>       Benedict Y. Hur<br>       Simona Agnolucci<br>       Eduardo E. Santacana<br>       Tiffany Lin<br>       Attorneys for Defendant<br>       GOOGLE LLC |

#### ~~[PROPOSED]~~ ORDER

Pursuant to stipulation, the Court hereby ORDERS as follows:

The briefing and hearing schedule on Plaintiff's motion for preliminary injunction (ECF No. 22) shall be as follows:

| Event | Deadline |
| --- | --- |
| Google's Opposition Brief | June 22, 2023 |
| Plaintiff's Reply Brief | July 13, 2023 |
| Hearing on Plaintiff's Motion for Preliminary Injunction | July 27, 2023 at 10:00 a.m. |

**IT IS SO ORDERED.**

Dated:  June 7, 2023

IT IS SO ORDERED

Judge Vince Chhabria

_____
HON. VINCE CHHABRIA
United States District Judge

- 1 -
STIPULATION AND ~~[PROPOSED]~~ ORDER SETTING BRIEFING SCHEDULE
FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 3:23-cv-02343-VC